CIVIL COVER SHEET ATTACHMENT

I. (c) Attorneys (*Firm Name, Address, and Telephone Number*)

MacDonald Hoague & Bayless
705 Second Ave, Suite 1500
Seattle, WA 98104
206-622-3961
(Pro Hac Vice Admission Pending)

Owens, McCrea & Linscott, PLLC
6500 N. Mineral Dr., Ste. 103
Coeur d'Alene, ID  83815