AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| JAMES LEIGHTY <br><br> *Plaintiff(s)* <br> v. <br> BONNER COUNTY SHERIFF'S DEPARTMENT, a manicipal corporation, DARYL WHEERLER, an individual <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DARYL WHEELER
C/O
BONNER COUNT SHERIFF'S DEPARTMENT
4001 N. BOYER AVE
SANDPOINT, IDAHO  83864

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

APRIL M. LINSCOTT
OWENS, McCREA & LINSCOTT, PLLC
6500 N. MINERAL DR., STE. 103
COEUR D'ALENE, ID  83815

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                               *Signature of Clerk or Deputy Clerk*