Evans, Craven & Lackie, PS
Heather C. Yakely, ISB #6970
hyakely@ecl-law.com
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
Telephone: (509) 455-5200

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES LEIGHTY,<br><br>        Plaintiff,<br><br>v.<br><br>SHERIFF DARYL WHEELER, and individual; BONNER COUNTY, a municipal corporation; BONNER COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br><br>        Defendants. | Case No. 2:23-cv-0063-DCN<br><br>STIPULATED MOTION TO EXTEND THE DISCOVERY CUTOFF DEADLINE |

## I.    MOTION

COME NOW the parties by and through their respective counsel, and hereby move the Court for an Order granting the Parties' FIRST Motion to Extend Discovery Deadline.

THIS MOTION is based upon the files and records herein and upon the Memorandum in support thereof filed herein.

## II.    MEMORANDUM

The current Case Scheduling Order sets a date for all discovery to be completed on January 22, 2024.  ECF. No. 35.

STIPULATED MOTION TO EXTEND THE DISCOVERY CUTOFF DEADLINE -1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax: (509) 455-3632

Defendants requested the deposition of Mr. Leighty.  The parties have arrived at a date of February 5, 2024, for Mr. Leighty's deposition which is after the discovery deadline of January 22, 2024.  A settlement conference has also been scheduled for February 21, 2024.  Defendants request an extension until three weeks after Mr. Leighty's deposition is completed for Discovery to be finished by February 26, 2024, to allow for any additional items that may need to be produced by either party following his testimony.  This further allows adequate time for Defendants to obtain a copy of the deposition transcript before finishing the discovery.

### III. CONCLUSION

For the reasons stated above the Parties respectfully request this Motion to Extend Discovery Deadline be issued to reflect extension by 27 days as set forth above.

Dated this 19th day of January, 2024.

EVANS, CRAVEN & LACKIE, PS

By: ___s/ Heather C. Yakely___
Heather C. Yakely, ISB # 6970
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
Telephone: (509) 455-5200
hyakely@ecl-law.com

Attorneys for Defendants

STIPULATED MOTION TO EXTEND THE DISCOVERY CUTOFF DEADLINE -2


EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200 fax; (509) 455-3632

1 | By: /s/ April Linscott
2 | April M. Linscott, ISB #7036
    OWENS, MCCREA & LINSCOTT,
3 | PLLC
    8596 N. Wayne Drive, Ste. A
4 | Coeur d'Alene, ID 83815
    Telephone: (208) 762-0203
5 | Email: alinscott@omllaw.com

6 | *Attorney for Plaintiff*

By: /s/ Mika Rothman
Mika Rothman, WSBA #55870
*Pro hac vice*
Email: mikar@mhb.com
MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

*<u>Counsel for Plaintiffs</u>*

Braden Pence
Joseph R. Shaeffer
Mika K. Rothman
MACDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Email:  bradenp@mhp.com
Email:  joe@mhb.com
Email:  mikar@mhb.com

*<u>Counsel for Plaintiffs</u>*

April M. Linscott
OWENS, MCCREA & LINSCOTT, PLLC
8596 N. Wayne Drive, Ste. A
Coeur d'Alene, ID 83815
Email: alinscott@omllaw.com

EVANS, CRAVEN & LACKIE, PS

By ___s/ Heather C. Yakely_____
Heather C. Yakely, #6970
Attorneys for Defendants
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
hyakely@ecl-law.com