BRADEN PENCE, *pro hac vice*
JOSEPH R. SHAEFFER, *pro hac vice*
MIKA K. ROTHMAN, *pro hac vice*
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Telephone: 206-622-1604
bradenp@mhb.com
joe@mhb.com
mikar@mhb.com

*Attorneys for Plaintiff*

APRIL M. LINSCOTT, ISB #7036
OWENS, MCCREA & LINSCOTT, PLLC
8596 N. Wayne Drive, Ste. A
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203
Email:  alinscott@omllaw.com

*Attorney for Plaintiff*

Hon. David C. Nye

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JAMES LEIGHTY,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DARYL WHEELER and JON VAN GEISEN, individual officers; BONNER COUNTY, a municipal corporation; BONNER COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br><br>Defendants. | No. 2:23-cv-00063-DCN<br><br>STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION |

STIPULATION AND ORDER ENTERING PERMANENT
INJUNCTION- 1

2:23-CV-00063-DCN

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

## I.     STIPULATION

This matter comes before the Court upon the stipulation of Plaintiff James Leighty and Defendants Sheriff Daryl Wheeler, Jon Van Gesen, Bonner County Sheriff's Office, and Bonner County for the entry of a stipulated order granting a permanent injunction.

Plaintiff brought this action alleging violations of the First Amendment by Bonner County and its Sheriff and Sheriff's Office through censorship of some of Plaintiff's comments on its official Facebook Page, then an eventually blocking of him entirely from accessing the Page.  The parties dispute whether Mr. Leighty's comments were properly hidden and whether he was properly blocked from BCSO's Facebook page.  In entering into this Stipulation the parties have agreed to a resolution prior to a trial.

Defendants agree to the following permanent injunctive terms:

1. Defendants agree to be enjoined from blocking Plaintiff (or anyone else) from accessing the official Bonner County Sheriff's Office Facebook Page.

2. Defendants agree to be enjoined from turning on the comment section on their Official Facebook Page.

3. Defendants agree to maintain citizen's ability to "react" through emojis and the ability to "share" the Defendants' posts in other forums, including their own Facebook page.

Defendants agree to be bound by these terms for the duration of Sheriff Wheeler's term in office.  Defendants understand that this order may endure after

STIPULATION AND ORDER ENTERING PERMANENT
INJUNCTION- 2

2:23-CV-00063-DCN

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

Sheriff Wheeler leaves office, HOWEVER, the parties agree that any future Sheriff may seek to modify or vacate this order by filing a motion with this Court.

## II.   ORDER

Based on the foregoing stipulation and having reviewed the pleadings, the Court finds that requirements for entry of a permanent injunction have been met, and hereby ORDERS that until a further order from this Court:

1. Defendants are enjoined from blocking Plaintiff (or anyone else) from accessing the official Bonner County Sheriff's Office Facebook page.
2. Defendants are enjoined from turning on the comment section on their Official Facebook page.
3. Defendants shall maintain citizen's ability to "react" through emojis and the ability to "share" the Defendants' posts in other forums, including their own Facebook feed.
4. Any future Sheriff may seek an Order to modify or vacate this Order.

DATED this ___ day of April, 2024.

Hon. David C. Nye
United States District Court Judge

STIPULATION AND ORDER ENTERING PERMANENT
INJUNCTION- 3

2:23-CV-00063-DCN

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

PRESENTED BY:

By: OWENS, MCCREA & LINSCOTT, PLLC
8596 N. Wayne Drive, Ste. A
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203

__s/ April Linscott_____
April M. Linscott, ISB #7036
Email: alinscott@omllaw.com

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

__s/ Joe Shaeffer_____
Joseph R. Shaeffer, WSBA # 33273
*Pro hac vice*
Email: joe@mhb.com

__s/ Braden Pence_____
Braden Pence, WSBA #43495
*Pro hac vice*
Email: bradenp@mhb.com

__s/ Mika Rothman_____
Mika Rothman, WSBA #55870
*Pro hac vice*
Email: mikar@mhb.com

<u>*Attorneys for Plaintiff*</u>

By: EVANS, CRAVEN, & LACKIE, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
P: (509) 455-5200

__s/ Heather Yakely_____
Heather Yakely, ISB #6970
Email: hyakely@ecl-law.com

*Attorney for Defendants*

STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION- 4

2:23-CV-00063-DCN

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

# CERTIFICATE OF SERVICE

I hereby certify that I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following parties:

**_Attorneys for Defendants_**

Heather C. Yakely, #6970
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
hyakely@ecl-law.com

DATED this 5th day of April, 2024, at Seattle, Washington.

*s/ Lucas Wildner*
Lucas Wildner, Legal Assistant

STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION- 5

2:23-CV-00063-DCN

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961