
BRADEN PENCE, *pro hac vice*
JOSEPH R. SHAEFFER, *pro hac vice*
MIKA K. ROTHMAN, *pro hac vice*
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Telephone: 206-622-1604
bradenp@mhb.com
joe@mhb.com
mikar@mhb.com

*Attorneys for Plaintiff*

APRIL M. LINSCOTT, ISB #7036
OWENS, MCCREA & LINSCOTT, PLLC
8596 N. Wayne Drive, Ste. A
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203
Email:  alinscott@omllaw.com

*Attorney for Plaintiff*

Hon. David C. Nye

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JAMES LEIGHTY,<br><br>            Plaintiff,<br><br>      v.<br><br>SHERIFF DARYL WHEELER, and JON VAN GESEN, individual officers; BONNER COUNTY, a municipal corporation; BONNER COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br><br>            Defendants. | No. 2:23-cv-00063-DCN<br><br>JOINT MOTION AND ORDER FOR ENTRY OF STIPULATED FINAL JUDGMENT |

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER - 1

2:23-CV-00063-DCN

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

## I.   STIPULATION

Plaintiff Jim Leighty and Defendants Daryl Wheeler, Jon Van Gesen, Bonner County, and Bonner County Sheriff's Office have resolved all matters in dispute arising from the conduct alleged in the Amended Complaint, Dkt. 22. The parties agreed to, and the Court entered, a Stipulated Permanent Injunction which constitutes final judgment in this matter. Dkt. 45. Now, the parties hereby stipulate to an entry of judgment against Defendants with respect to injunctive relief only.

## II.   ORDER

By stipulation of the parties and having reviewed the pleadings in this case, and being otherwise fully advised in this matter, the Court hereby ORDERS:

1. Judgment is hereby entered in favor of Plaintiff Jim Leighty against Defendants as to injunctive relief.

2. The parties agree to bear their own costs and attorney fees and waive any claim they have concerning costs and attorney fees arising from this matter to date. All claims for damages have also been resolved and are not part of this judgment.

3. The parties waive all rights to appeal or otherwise challenge or contest the validity of this Order.

4. This Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of the Stipulated Permanent Injunction, Dkt. 45.

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER - 2

2:23-CV-00063-DCN

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1

2      DATED this _____ day of May, 2024.

3

4                                          _____

5                                          Hon. David C. Nye
                                           United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT
AND ORDER - 3

2:23-CV-00063-DCN

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

PRESENTED BY:

By: OWENS, MCCREA & LINSCOTT, PLLC
8596 N. Wayne Drive, Ste. A
Coeur d'Alene, ID 83815
Telephone: (208) 762-0203

__s/ April Linscott_____
April M. Linscott, ISB #7036
Email: alinscott@omllaw.com

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

__s/ Joe Shaeffer_____
Joseph R. Shaeffer, WSBA # 33273
*Pro hac vice*
Email: joe@mhb.com

__s/ Braden Pence_____
Braden Pence, WSBA #43495
*Pro hac vice*
Email: bradenp@mhb.com

__s/ Mika Rothman_____
Mika Rothman, WSBA #55870
*Pro hac vice*
Email: mikar@mhb.com

*Attorneys for Plaintiff*

By: EVANS, CRAVEN, & LACKIE, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
P: (509) 455-5200

__s/ Heather Yakely_____
Heather Yakely, ISB #6970
Email: hyakely@ecl-law.com

*Attorney for Defendants*

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER - 4

2:23-CV-00063-DCN

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I hereby certify that I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following parties:

***Attorneys for Defendants***

Heather C. Yakely, #6970
Sean M. King, ISB #11394
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
Email: hyakely@ecl-law.com
sking@ecl-law.com

DATED this 6th day of May, 2024, at Seattle, Washington.

*/s/Chris Bascom*
Chris Bascom, Legal Assistant

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER - 5

2:23-CV-00063-DCN

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961